UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1. WEI XING CHEN )<br>   a/k/a "Ah-Hung" )<br>   a/k/a "Lo Biu" )<br>   a/k/a "Lo Gai" )<br>2. YUE Q. HE )<br>   a/k/a "Ah-Kay" )<br>   a/k/a "Ah-Ken" )<br>3. XIAOHONG XUE )<br>   a/k/a "Tina" )<br>   )<br>   Defendants. ) | Criminal No. 11-10252 |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be unsealed. As reasons therefor, the United States states that the lead defendant, WEI XING CHEN, has been arrested.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
TIMOTHY E. MORAN
Assistant U.S. Attorney

Date: July 1, 2011