**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 1:11-CR-10252-NMG |
| | ) |
| WEI XING CHEN, et al., | ) |
| | ) |
| Defendants | ) |

### NOTICE OF APPEARANCE OF RICHARD L. HOFFMAN

I hereby give notice of my appearance as counsel for the United States of America in this case. I certify that I am admitted to practice in this Court.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

          s/Richard L. Hoffman
    By: RICHARD L. HOFFMAN
       Assistant U.S. Attorney
       BBO # 548290
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, Massachusetts  02210
       Tel. (617) 748-3279

Dated: July 7, 2011

### CERTIFICATE OF SERVICE

I hereby certify that I am filing this notice today via the ECF system, which will cause a copy to be sent to all registered participants.

          s/Richard L. Hoffman
Date: July 7, 2011     RICHARD L. HOFFMAN