UNITED STATES DISTRICT COURT
                                      DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 11-10252-NMG** |
| | ) | |
| 1.   **WEI XING CHEN,** | ) | |
|       a/k/a "Ah-Hung," a/k/a "Lo Biu," | ) | |
|       a/k/a "Lo Gai," | ) | |
| 2.   **YUE Q. HE,** | ) | |
|       a/k/a "Ah-Kay," a/k/a "Ah-Ken," | ) | |
| 3.   **XIAOHONG XUE,** | ) | |
|       a/k/a "Tina," | ) | |
| | ) | |
|       **Defendants.** | ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the United States of America and the defendant submit this joint status report in advance of the Status Conference scheduled for December 13, 2011. The upcoming conference will serve as an interim status conference as to defendant Wei Xing Chen and an initial status conference as to defendants Xiaohong Xue and Yue Q. He (who has not yet received initial discovery). Accordingly, this report repeats issues, such as expert discovery, previously considered.

    1. <u>Local Rule 116.3 Timing Requirements</u>

The parties are not requesting relief from the timing requirements of Local Rule 116.3.

    2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the drugs seized in this case, it will offer expert testimony regarding the composition and amount of the drug exhibits in this case. The government may offer expert witness testimony regarding the

operation of drug conspiracies and brothels as well.  In the event the government offers expert testimony, it will afford defendant timely notice of same, not less than 21 days before trial.

    3. Additional Discovery

The government has produced initial automatic discovery to defendants Chen and Xue and has made the Title III recordings available to counsel.  The government will supplement the initial discovery with materials as they are received by the government, including discovery regarding the related cases of United States v. Minh Cam Luong, et al., Cr. No. 11-10251-PBS, and United States v. John Willis, et al., Cr. No. 11-10212-JLT.

The government is making two significant productions of additional discovery.  First, the government is making a voluntary, early production of Jencks Act material.  Such material consists primarily of FBI-302's and 1023's, which are reports of contacts with confidential human sources.  The government has not identified witnesses yet and is not producing all witness statements at this time.  The government anticipates making this disclosure by the end of the day today.

Second, the government will disclose pertinent consensual audio and audio/video recordings, which have previously been withheld from production pursuant to Local Rule 116.6(A).  The government will identify such recordings by date, location (where applicable), and known participants.  As with the Title III recordings in this investigations, the government will make these discs available through a third party vendor and will provided copies for review by defendants in custody.  The government will also produce draft transcripts or draft non-verbatim summaries of the consensually recorded conversations contained on the disks to those defendants who have provided, or who subsequently provide, signed stipulations limiting the use

of such drafts consistent with the Local Rules. The government currently expects to produce these materials as described above on or before December 23, 2011.

The defendants reserve the right to file for additional discovery in response to the government's productions.

### 4. Motion Date

Defense counsel requests additional time to review the discovery produced by the government prior to determining whether to file any dispositive motions. In addition, counsel to defendant He is about to receive discovery, which is extensive, and will require time to review. Accordingly, the parties request interim status conference dates, prior to the Final Status Conference, at which point a motion date may be set. The parties jointly request that the time from this Status Conference and the next interim status conference be excluded from Speedy Trial Act calculations. Exclusion of this time will allow the parties to review voluminous discovery and to explore disposition of this case short of trial and is in the interests of justice.

### 5. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations. With respect to defendant Chen, the Court previously entered Orders of Excludable Delay, excluding the time from the date of the defendant's initial appearance, July 1, 2011, through September 21, 2011, and September 21, 2011 through December 13, 2011, the date of the interim status conference. Accordingly, zero days have been counted and 70 days remain under the Speedy Trial Act.

With respect to defendants Xue and He, the Court has not issued individual Orders of Excludable Delay since their initial appearances, as appears to be the Court's practice. Xue had her initial appearance on September 26, 2011. He had his initial appearance on November 30,

2011.  The parties note that the time between their initial appearance and the status conference had previously been excluded pursuant to the Court's Order.  Nevertheless, the parties request that the Court specifically exclude such time with respect to defendant Xue and He.  Accordingly, zero days will have been counted and 70 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.  The United States estimates that, as the case is currently constituted, a trial would last approximately two to three weeks.

7. <u>Interim Status Conference</u>

The parties request an interim status conference date on a date convenient for the Court.

    Respectfully submitted,

    CARMEN M. ORTIZ
    UNITED STATES ATTORNEY

    By: <u>Timothy E. Moran</u>
    Timothy E. Moran
    Richard L. Hoffman
    Assistant United States Attorneys

Dated: December 13, 2011

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    <u>/s/ Timothy E. Moran</u>
    Timothy E. Moran