AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____USA_____ )
Plaintiff )
v. ) Case No. 11 CR 10252 NMG-2
__Yue Q He__ )
Defendant )
Chong Jian Hu

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Yue He G_

Date: 12/13/11

_[signature]_
Attorney's signature

Philip A. Tracy Jr
Printed name and bar number

7 Faneuil Hall
Address

Ptr at D.Monto Sullivan.com
E-mail address

617 523 2345
Telephone number

617 523 2346
FAX number