# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 11-10252-NMG** |
| ) | |
| **2.   CHONG JIAN HU** ) | |
| a/k/a "Yue Q. He" ) | |
| a/k/a "Ah-Kay" ) | |
| a/k/a "Ah-Ken" ) | |
| **Defendant.** ) | |

## ASSENTED-TO MOTION TO AMEND THE INDICTMENT

The United States of America, by and through Assistant United States Attorney Timothy E. Moran, respectfully moves this Court to (1) amend the indictment in this matter to reflect the true name of the defendant: CHONG JIAN HU a/k/a Yue Q. He, a/k/a "Ah-Kay," a/k/a "Ah-Ken," and (2) order that all further filings and dispositions in this matter use Defendant HU's true name. In support of its motion, the government says the following:

1. Counts One, Two and Three of the indictment in this matter charge Yue Q. He a/k/a "Ah-Kay," a/k/a "Ah-Ken," respectively with conspiracy to distribute and possess with intent to distribute and to distribute MDMA and BZP, in violation of 21 U.S.C. § 846; distribution and possession with intent to distribute BZP, in violation of 21 U.S.C. § 841(a)(1); and conspiracy to violate the Mann Act, in violation of 18 U.S.C. § 371.

2. The true name of the defendant named in the indictment as "Yue Q. He a/k/a 'Ah-Kay,' a/k/a 'Ah-Ken,'" is, in fact, CHONG JIAN HU.

3. Defendant HU has asked that the record reflect his true name.

4. The proposed use of the Defendant's true name, in conjunction with the alias Yue Q. He is an amendment as to form only. The proposed correction would have no effect on Defendant HU's substantive rights and carries no adverse effect.

5. Defendant HU assents to this motion.

Accordingly, the government respectfully moves the Court to (1) amend the indictment in the captioned matter to reflect the true name of Defendant CHONG JIAN HU a/k/a Yue Q. He; a/k/a "Ah-Kay," a/k/a "Ah-Ken," and (2) order that all further motions and dispositions in this matter use Defendant HU's true name.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: <u>Timothy E. Moran</u>
Timothy E. Moran
Richard L. Hoffman
Assistant United States Attorneys

Dated: February 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Timothy E. Moran</u>
Timothy E. Moran