UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11-CR-10252 |
| | ) | |
| v. | ) | |
| | ) | |
| YUE Q. HE, | ) | |
|     Defendant | ) | |

### MOTION FOR PRE-TRIAL RELEASE OF DEFENDANT YUE Q. HE

Now comes the defendant, Yue Q. He, and through his attorney, Philip A. Tracy, Jr., respectfully requests this Honorable Court grant a pre-trial release pursuant to 18 U.S.C. §3142 with conditions agreed to by the U.S. Attorney's Office and the Pre-Trial Services Office.

1) The defendant has been incarcerated since November 29, 2011 and undersigned counsel has been retained and appeared before this Court on two separate status conferences;
2) The defendant does not speak any English;
3) At both status conferences U.S. Attorney Timothy Moran and counsel expressed the hope that both parties could enter into discussions after discovery was complete.
4) The defendant has been incarcerated at the Plymouth House of Correction since November 29, 2011.
5) The parties agreed that upon certain conditions the defendant could be released;
6) The conditions requested were an apartment outside of Chinatown which has been procured and paid for.  The address is 16 Miami Street, West Roxbury, MA 02132.
7) Rent has been paid by the defendant's sister, Feng Mei Zieto.
8) Feng Mei Zieto and her son have been diligent in seeking an apartment and providing furniture and a telephone line;
9) The defendant will sleep there at night and use public transportation to seek employment in the Boston area.
10) The defendant will visit his sister Feng Mei Zieto at 358 Tremont Street, Apartment E201, Boston, MA  02116.  Mrs. Zieto intends to help him find employment.
11) He also intends to visit his elderly mother, Huilian Guan, 1 Warrenton Place, Apartment E121, Boston, MA.
12) The defendant is prepared to abide by any additional conditions requested by the U.S. Attorney's Office, Pre-Trial Services or the Court in order to respectfully gain pre-trial release.

13) The defendant respectfully requests an interpreter be present for this hearing.

By his attorneys,
DiMENTO & SULLIVAN

/s/ Philip A. Tracy, Jr.
Philip A. Tracy, Jr.
BBO No. 501140
7 Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109-6113
(617) 523-2345
pat@dimentosullivan.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2012.

/s/ Philip A. Tracy, Jr.
Philip A. Tracy, Jr.