AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> Wei Xing Chen, et al. <br> *Defendant* | ) ) ) Case No. 11-cr-10252 ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Yue Q. He a/k/a "Ah-Kay," a/k/a "Ah-Ken"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possession with Intent to Distribute MDMA and BZP in violation of 21 USC §846, Distribution of Benzylpiperazine in violation of 21 USC § 841(a)(1), Aiding and Abetting in violation of 18 USC §2, and Conspiracy to Violate the Mann Act in violation of 18 USC §371

Date: 06/30/2011

City and state: Boston, MA

*Issuing officer's signature:* Marianne B. Bowler, USMJ

*Printed name and title:* MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/30/2011

*Arresting officer's signature*

*Printed name and title*