**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) NO. 1:11-CR-10252-NMG |
| v. | ) |
|  | ) |
| WEI XING CHEN, et al., | ) |
|  | ) |
| Defendants | ) |

## GOVERNMENT'S INTERIM STATUS CONFERENCE REPORT

The United States of America, by its undersigned counsel, reports as follows for today's interim status conference.[1]

The government has conferred with all defense counsel, and believes the following is the current status as to each of them.

WEI XING CHEN:  Counsel is still reviewing discovery and requests additional time to do so, and to determine whether he will file any discovery motions.  The government does not object to the request.

CHONG JIAN HU:  Plea discussions are underway.  Counsel request additional time to determine whether the parties will succeed in reaching a plea agreement.

XIAOHONG XUE:  The government and Ms. Xue's counsel are in the process of finalizing a plea agreement.  Ms. Xue requests additional time to do so, but requests that her case be transferred to the District Court now so that a change of plea hearing can be scheduled.

Under the Speedy Trial Act, no days have been counted to

---

[1] Pursuant to conversations and email exchanges with the Clerk, counsel for the United States were under the misimpression that it was not necessary to file a written report in advance of this conference.

date.

    WHEREFORE, the government and the first two defendants will request that the Court schedule another interim status conference, and that the Court exclude the time from today through the next interim conference date as to them, and the government and Ms. Xue will request that the Court exclude the time from today through the change of plea hearing date to be set by the District Court, in the interests of justice.

                               Respectfully submitted,

                                 CARMEN M. ORTIZ
                               United States Attorney


                               <u>s/Richard L. Hoffman</u>
                     By:  RICHARD L. HOFFMAN
                          Assistant U.S. Attorney


Dated: April 12, 2012

CERTIFICATE OF SERVICE

    I hereby certify that I am filing this document today via the ECF system, which will cause a copy to be sent to all registered participants.

|  |  |
|---|---|
| Date: April 12, 2012 | s/Richard L. Hoffman<br>RICHARD L. HOFFMAN |