## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 1:11-CR-10252-NMG |
| v. | ) | |
| | ) | |
| WEI XING CHEN, et al., | ) | |
| | ) | |
| Defendants | ) | |

### ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States of America, by its undersigned counsel, and with the assent of all defendants, as stated in open court yesterday, hereby moves that this Court exclude the period from April 12, 2012, to and including July 12, 2012, for the reasons set forth below.

As set forth in the government's April 12, 2012, Interim Status Conference Report, and/or discussed with defense counsel and the Court in open court yesterday, the government has produced voluminous discovery in this three-defendant case. Counsel for Wei Xing Chen has stated that he needs more time to review the discovery already produced, and to determine whether, and to what extent, he may seek to obtain further discovery from the government.

As indicated in court yesterday, the government and Defendant Chong Jian Hu are presently involved in plea negotiations, and need additional time to determine whether it will be possible to dispose of this case as to Defendant Hu without trial.

As indicated in court yesterday, Defendant Xiaohong Xue and the government are in the process of finalizing her plea

agreement, and she has requested that her case be referred to the district court for a change of plea hearing date.

For all of these reasons, all counsel agreed in court yesterday that it is appropriate, and in the interests of justice, for this Court to exclude the time from April 12, 2012, to and including the next status conference date, July 12, 2012, under the Speedy Trial Act.

Pursuant to a series of orders entered by the Court, including the most recent order issued on March 2, 2012, zero days have been counted to date, and 70 days currently remain under the Speedy Trial Act.

WHEREFORE, for all of these reasons, the United States requests that this Court:

(a) find that the interests of justice outweigh the interests of defendants and the public in a speedy trial, and

(b) exclude the time from April 12, 2012, to and including July 12, 2012, in the interests of justice, pursuant to 18 U.S.C. §§ § 3161(h)(6) and 3161(h)(7)(A).

                                  Respectfully submitted,

                                  CARMEN M. ORTIZ
                                  UNITED STATES ATTORNEY
                      By:   /s/Richard L. Hoffman
                                  Richard L. Hoffman
                                  Timothy E. Moran
                                  Assistant United States Attorneys

Dated: April 13, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  /s/ Richard L. Hoffman
Dated:  April 13, 2012       Assistant U.S. Attorney