UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10252-NMG |
| | ) | |
| 1.    WEI XING CHEN, | ) | |
|        a/k/a "Ah-Hung," a/k/a "Lo Biu," | ) | |
|        a/k/a "Lo Gai," | ) | |
| 2.    YUE Q. HE, | ) | |
|        a/k/a "Ah-Kay," a/k/a "Ah-Ken," | ) | |
| | ) | |
|        **Defendants.** | ) | |

**FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the United States of America and the undersigned defendants submit this joint status report in advance of the Final Status Conference scheduled for July 24, 2012.

Defendant Wei Xing Chen recently retained new counsel, who appeared on June 18, 2012. New counsel and the government conferred by phone on July 13, 2012, and agreed to speak further after new counsel has had a better opportunity to review the file. New counsel is still reviewing the discovery in this case, which is large, and deciding upon a legal strategy. Accordingly, the parties request a further final status conference date to give new counsel additional time.

1. <u>Plea Status</u>

The government and counsel for defendants are in the midst of discussions which may result in resolution of the case as to that defendant without trial. At least as to some defendants, a resolution without trial appears likely. The parties will alert that Court as soon as a change of plea hearing become necessary.

2. Additional Discovery

The government is substantially up to date in its production of discovery. The government anticipates that it will produce additional information regarding newly-cooperating defendants as such information becomes available and laboratory backup and qualifications of its expert witnesses, and any other expert disclosures, not less than 21 days before trial, as the Court previously ordered.

The defendants reserve the right to file for additional discovery in response to the government's production of new discovery.

3. Discovery Requests

Defense counsel have had an opportunity to request additional discovery. There are no outstanding discovery requests.

3. Rule 12 Motions

Defendants continue to review the case and have not yet determined whether they will file Rule 12 motions. Defendants will be able to inform the Court at the final status conference.

4. Speedy Trial Act Calculations

On April 13, 2012, the Court issued an Order excluding time from February 29, 2012 through July 12, 2012; and on July 5, 2012, an Order excluding time from July 12, 2012, through July 24, 2012. Accordingly, zero days have been counted and 70 days remain under the Speedy Trial Act. The parties request that the Court exclude the time between July 24, 2012, and the date of the next scheduled hearing.

5. Anticipated Trial

The United States estimates that, as the case is currently constituted, a trial would last approximately two weeks.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>WEI XING CHEN</td><td>CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY</td></tr>
<tr><td>By: <u>Joseph Balliro, Sr.</u><br>Joseph Balliro, Sr.<br>Attorney for Wei Xing Chen</td><td>By: <u>Timothy E. Moran</u><br>Timothy E. Moran<br>Richard L. Hoffman</td></tr>
<tr><td>CHONG JIAN HU</td><td>Assistant United States Attorneys</td></tr>
<tr><td>By: <u>Philip A. Tracy, Jr.</u><br>Philip A. Tracy, Jr.<br>Attorney for Chong Jian Hu</td><td></td></tr>
</table>

Dated: July 17, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Richard L. Hoffman
Richard L. Hoffman