UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
11-10252-NMG

UNITED STATES OF AMERICA

v.

WEI XING CHEN
YEU Q. HE

## SCHEDULING ORDER

**July 24, 2012**

BOAL, M.J.

A status conference was held before this court on July 24, 2012. Based on this conference, this Court enters the following scheduling order:

1. All discovery letters pursuant to L.R. 116.3 should be provided to the government by **August 21, 2012.**

2. All discovery motions should be filed by **September 11, 2012.**

3. Responses to discovery motions should be filed by **September 25, 2012.**

4. **A Final Status Conference has been scheduled for October 2, 2012 at 11:15 a.m.**

5. Discovery motions will be heard at the **October 2, 2012** status conference.

6. Counsel for the defendants shall confer with the Assistant U.S. Attorney and, **no later than the close of business on September 25, 2012**, the parties shall file a joint memorandum addressing all of the issues listed in Local Rule 116.5(c)(1) through (3) and any other issue relevant to the progress of the case.

       / s / Jennifer C. Boal
       JENNIFER C. BOAL
       UNITED STATES MAGISTRATE JUDGE