UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 11-10252-NMG** |
| | ) | |
| 2.   **CHONG JIAN HU,** | ) | |
|        a/k/a "YUE Q. HE," | ) | |
|        a/k/a "Ah-Kay," a/k/a "Ah-Ken," | ) | |
| | ) | |
|        **Defendant.** | ) | |

## FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the United States of America and the undersigned defendants submit this joint status report in advance of the Final Status Conference scheduled for October 2, 2012.

1. Plea Status

The government and defendant have entered a plea agreement.  Accordingly, the parties request that the case be transferred to the District Judge for a change of plea hearing.

2. Request to Waive the Final Status Conference

Pursuant to Local Rule 116.5(c)(3), the parties request that the Court waive the Final Status Conference and issue an order transferring the case to the District Court.

                                                                Respectfully submitted,

CHONG JIAN HU                                    CARMEN M. ORTIZ
                                                                UNITED STATES ATTORNEY

By: Philip A. Tracy, Jr.
Philip A. Tracy, Jr.                                    By: Timothy E. Moran
Attorney for Ching Jian Hu              Timothy E. Moran
                                                                Richard L. Hoffman
                                                                Assistant United States Attorneys

Dated: October 1, 2012

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Timothy E. Moran
      Timothy E. Moran