UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 12-10252-NMG

UNITED STATES OF AMERICA

v.

CHONG JIAN HU

a/k/a Yue Q. He, a/k/a Ah-Kay, a/k/a Ah-Ken

**FINAL STATUS REPORT**

October 1, 2012

Boal, M.J.

A Final Status Conference was scheduled for October 2, 2012. On October 1, 2012, the government and the above-named defendant[1] submitted a joint status report. Upon review of the joint status report, the Court finds that a final status conference is not necessary. See Local Rule 116.5(c), (d). Accordingly, the Court enters the following report and order:

1. The above-named defendant requests that the case be transferred to the District Judge for a Rule 11 hearing.

2. The parties have produced all discovery they intend to produce.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. There are no outstanding motions under Fed. R. Crim. P. 12(b).

5. Based upon the orders of the court dated December 12, 2011, December 15, 2011, March 2, 2012, April 13, 2012, July 5, 2012 and August 2, 2012, as of October 2, 2012 there are zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy

---

[1] Another individual, Wei Xing Chen, was recently charged in a superseding indictment. Docket No. 75. As there is ongoing discovery with respect to Mr. Chen, this Court is not referring his case to the District Judge at this time.

(**70**) days remaining under the Speedy Trial Act in which this case must be tried.

          / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE